USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/2020

*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X
In Re:                                                                                        ORDER OF DISMISSAL
                                                                                                        FOR
**Lawrence Pesce**                                                                FAILURE TO PROSECUTE
                                                                                               BANKRUPTCY APPEAL


-------------------------------------------------------X                         20-CV-08426 NSR

FROM:   VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Lawrence Pesce                                                   BANKRUPTCY CASE: **19-B-36592 (CGM)**
DATE OF FILING NOTICE OF APPEAL: 09/03/2020
BANKRUPTCY DOCUMENT #: 162

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to file the Designation of Items to be Included in the Record as required by:

  X  FRBP 8009
  ___ Federal Rules of Civil Procedure (Rule _____)
  X  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
  ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **October 8, 2020**                                                                  Vito Genna, Clerk
New York, New York                                                                       U.S. Bankruptcy Court, SDNY

                                                                                      By:      Gwen Kinchen
                                                                                                    Deputy Clerk

*ORDER*

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____October 8_____ 2010                       _____
          New York, New York                                              Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                    Ruby J. Krajick , Clerk
                                                                                              District Court, SDNY

                                                                                      By: _____
                                                                                              Deputy Clerk